**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JAMES MARLIN, JACLYN MARLIN, and CLARENCE W. OLIVER JR., *on behalf of themselves and all others similarly situated*, <br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED MATERIALS, LLC,<br><br>Defendant. | Case No. 5:23-CV-1621<br><br>Judge Benita Y. Pearson |

**DEFENDANT ASSOCIATED MATERIALS, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the *Federal Rules of Civil Procedure*, Defendant Associated Materials, LLC moves the Court for an order dismissing all claims (and, thus, the First Amended Complaint) filed by Plaintiffs James Marlin, Jaclyn Marlin and Clarence W. Oliver Jr. for lack of standing and for failure to state a claim upon which relief can be granted. Grounds for this motion are set forth in the accompanying Memorandum of Law.

[Signatures on the following page]

Dated:  March 22, 2024          Respectfully submitted,

                                               */s/ John Q. Lewis*
                                               John Q. Lewis (0067235)
                                               Zachary C. Maciaszek (0097751)
                                               **NELSON MULLINS RILEY & SCARBOROUGH LLP**
                                               1100 Superior Avenue, Suite 2000
                                               Cleveland, Ohio 44114
                                               Telephone: (216) 304-6104
                                               Facsimile: (216) 553-4275
                                               John.lewis@nelsonmullins.com
                                               Zachary.maciaszek@nelsonmullins.com

                                               Edward R. McNicholas (*pro hac vice*)
                                               Frances E. Faircloth (*pro hac vice*)
                                               Kevin J. Angle (*pro hac vice*)
                                               **ROPES & GRAY LLP**
                                               2099 Pennsylvania Avenue, NW
                                               Washington, D.C. 20006-6807
                                               Telephone: (202) 508-4779
                                               Facsimile: (202) 508-4650
                                               Edward.mcnicholas@ropesgray.com
                                               Fran.faircloth@ropesgray.com
                                               Kevin.angle@ropesgray.com

                                               *Attorneys for Defendant Associated Materials, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Elizabeth Ruth Klos, Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: erk@colevannote.com

By: */s/ John Q. Lewis*
John Q. Lewis