PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES MARLIN, *etc.*, ) | |
| ) | CASE NO. 5:23CV1621 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ASSOCIATED MATERIALS, LLC, ) | |
| ) | |
| Defendant. ) | **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the First Amended Complaint (ECF No. 29).

The Telephonic Status Conference reset for today at 12:00 p.m is cancelled.

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

   May 22, 2024       */s/ Benita Y. Pearson*   
Date    Benita Y. Pearson
   United States District Judge